James Donato (SBN 146140)
Mikael A. Abye (SBN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone:      (415) 616-1100
Facsimile:      (415) 616-1199
Email: jdonato@shearman.com
          mabye@shearman.com

Attorneys for Defendant
GOGO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES STEWART, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GOGO INC., <br><br> Defendant. | Case No. 12-cv-05164-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT GOGO INC.'S TIME TO RESPOND TO COMPLAINT; BRIEFING SCHEDULE RE DEFENDANT GOGO INC'S MOTION TO DISMISS** <br><br> Courtroom:     5 <br> Judge:          Hon. Edward M. Chen <br> [Proposed] <br> Hearing Date:  February 21, 2013 <br> Time:           1:30 p.m. |

Pursuant to Civil Local Rule 6-1, plaintiff James Stewart ("Stewart") and defendant Gogo Inc. ("Gogo"), by and through their counsel, jointly submit this Stipulation and [Proposed] Order Regarding Defendant Gogo Inc.'s Time to Respond to Complaint and Briefing Schedule Re Defendant Gogo Inc's Motion to Dismiss.

WHEREAS, on October 31, 2012, Stewart served Gogo with a putative class action complaint alleging violations of Federal and California antitrust and competition laws; and

WHEREAS, counsel for Gogo has advised counsel for Stewart that Gogo intends to file a motion to dismiss the complaint; and

WHEREAS, the Parties, through their counsel, have conferred and agreed to a hearing date and briefing schedule on Gogo's motion to dismiss;

THEREFORE, SUBJECT TO THE COURT'S APPROVAL, IT IS STIPULATED AND AGREED AS FOLLOWS:

1.    Gogo shall file a motion to dismiss the complaint on or before December 10, 2012;

2.    Stewart shall file an opposition brief on or before January 11, 2013;

3.    Gogo shall file a reply brief on or before February 1, 2012; and

4.    The motion shall be heard on February 21, 2013 at 1:30.

DATED:  November 12, 2012              SHEARMAN & STERLING LLP


                                      By: _____/s/ *James Donato*_____
                                                James Donato

                                      Attorneys for Defendant
                                      GOGO INC.


DATED:  November 12, 2012              THE MEHDI FIRM


                                      By: _____/s/ *Azra Mehdi*_____
                                                Azra Mehdi

                                      Attorneys for Plaintiff
                                      JAMES STEWART

1

2 **ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5 Dated:     11/13/12

6 The Hon
  United S

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, James Donato, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Azra Mehdi has concurred in this filing.

DATED:  November 12, 2012                              By:  _____/s/ *James Donato*_____
                                                                                    James Donato