James Donato (SBN 146140)
Mikael A. Abye (BN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone:    (415) 616-1100
Facsimile:    (415) 616-1199
Email: jdonato@shearman.com
       mabye@shearman.com

Attorneys for Defendant
GOGO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES STEWART, JOEL MILNE, AND JOSEPH STRAZZULLO On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOGO INC.,<br><br>Defendant. | Case No. 3:12-cv-05164-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT GOGO INC.'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT; BRIEFING SCHEDULE RE DEFENDANT GOGO INC'S MOTION TO DISMISS**<br><br>Courtroom:   5<br>Judge:       Hon. Edward M. Chen<br>[Proposed]<br>Hearing Date: March 28, 2013<br>Time:        1:30 p.m. |

Pursuant to Civil Local Rule 6-1, plaintiffs James Stewart, Joel Milne, and Joseph Strazzullo ("Plaintiffs") and defendant Gogo Inc. ("Gogo," together with Plaintiffs, the "Parties"), by and through their counsel, jointly submit this Stipulation and [Proposed] Order Regarding Defendant Gogo Inc.'s Time to Respond to the First Amended Complaint and Briefing Schedule Re Defendant Gogo Inc's Motion to Dismiss.

WHEREAS, on October 31, 2012, plaintiff James Stewart served Gogo with a putative class action complaint alleging violations of Federal and California antitrust and competition laws;

WHEREAS, on December 10, 2012, Gogo filed a motion to dismiss the complaint;

WHEREAS, on December 31, 2012, Plaintiffs filed their First Amended Complaint ("FAC") in this matter;

WHEREAS, Gogo intends to move to dismiss the FAC for failure to state a claim;

WHEREAS, Gogo is required to file its motion to dismiss by January 14, 2013, and Plaintiffs are required to file their opposition thereto within 14 days of Gogo's filing;

WHEREAS, due to the complexity of the legal issues and deadlines in other matters, the Parties require additional time to brief, and oppose, Gogo's motion to dismiss;

WHEREAS, the Parties, through their counsel, have conferred and agreed to a hearing date and briefing schedule on Gogo's motion to dismiss;

THEREFORE, SUBJECT TO THE COURT'S APPROVAL, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. Gogo shall file a motion to dismiss the FAC on or before January 30, 2013;
2. Plaintiffs shall file an opposition brief on or before February 19, 2013;
3. Gogo shall file a reply brief on or before March 6, 2013; and

///
///
///
///
///
///

4. The motion shall be heard on March 28, 2013 at 1:30 p.m.

DATED: January 3, 2013          SHEARMAN & STERLING LLP

                                By:  /s/ James Donato
                                        James Donato

                                Attorneys for Defendant
                                GOGO INC.

DATED: January 3, 2013          THE MEHDI FIRM

                                THE KATRIEL LAW FIRM

                                KRAUSE KALFAYAN BENINK &
                                SLAVENS LLP


                                By:  /s/ Azra Mehdi
                                        Azra Mehdi

                                Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/9/13

IT IS SO ORDERED
Judge Edward M. Chen

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, James Donato, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Azra Mehdi has concurred in this filing.

DATED:  January 3, 2013                              By:   /s/ *James Donato*
                                                                            James Donato