1  AZRA Z. MEHDI (220406)
   THE MEHDI FIRM, PC
2  One Market
   Spear Tower, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 293-8039
4  Facsimile: (415) 293-8001
   Email: azram@themehdifirm.com
5
   ROY A. KATRIEL (265463)
6  THE KATRIEL LAW FIRM
   12707 High Bluff Drive, Suite 200
7  San Diego, CA 92130
   Telephone: (858) 350-4342
8  Facsimile:  (858) 430-3719
   Email: rak@katriellaw.com
9
   *Counsel for Plaintiffs*
10 *[additional counsel listed on signature block page]*

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | JAMES STEWART, JOEL MILNE, and | Case No.: 3:12-cv-5164-EMC |
   | JOSEPH STRAZZULLO, On Behalf of | |
16 | Themselves and All Others Similarly | **PARTIES' JOINT STATUS REPORT** |
   | Situated, | **REGARDING MEDIATION AND** |
17 | | **STIPULATION AND [PROPOSED]** |
   | Plaintiffs, | **ORDER TO LIFT STAY OF** |
18 | | **PROCEEDINGS** |
   | vs. | |
19 | | **Judge:  Hon. Edward M. Chen** |
   | GOGO INC., | |
20 | | |
   | Defendant. | |
21

22

23

24

25

26

27

28

1    Pursuant to the Court's Stipulated Order entered on August 19, 2013 [Dkt. No. 53], the

2  parties to the above-entitled action, through their respective counsel, hereby file this Joint Status

3  Report to inform the Court that on October 15, 2013, the parties attended a mediation session

4  before the Honorable Edward A. Infante (Ret.) at the offices of JAMS in San Francisco,

5  California.  The mediation did not result in a settlement.  Accordingly, the parties Stipulate that,

6  subject to Court approval, the stay on the proceedings previously entered by the Court pending

7  the mediation be lifted and proceedings in the case resume.

8    WHEREFORE, the parties to the above-entitled action, hereby Stipulate and agree that

9  subject to Court approval:

10   1. The stay on the proceedings pending mediation that was previously entered by the

11     Court and that is still in effect be lifted.

12   2. Defendant Gogo Inc.'s 30-day deadline to respond to the Second Amended Complaint

13     (filed under seal), by Answer, motion, or otherwise, shall start to run as of the date that

14     this Stipulation is entered by the Court.

15  Dated: October 22, 2013                                  /s/*Roy A. Katriel*

                                                             Roy A. Katriel (SBN 265463)
16                                                           THE KATRIEL LAW FIRM
                                                             12707 High Bluff Drive, Suite 200
17                                                           San Diego, California 92130
                                                             Telephone: (858) 350-4342
18                                                           Facsimile: (858) 430-3719
                                                             Email: rak@katriellaw.com
19

20                                                           *Counsel for Plaintiffs*

21                                                           Additional Plaintiffs' Counsel:
                                                             AZRA Z. MEHDI (220406)
22                                                           THE MEHDI FIRM, PC
                                                             One Market
23                                                           Spear Tower, Suite 3600
                                                             San Francisco, CA 94105
24                                                           Telephone: (415) 293-8039
                                                             Facsimile: (415) 293-8001
25                                                           Email: azram@themehdifirm.com

26

27

28

1

Parties' Joint Status Report Re: Mediation & Stip.                        No.: 3:12-cv-5164-EMC
& [Proposed] Order to Lift Stay of Proceedings

1
2
3
4
5

RALPH B. KALFAYAN (133464)
KRAUSE KALFAYAN BENINK
& SLAVENS LLP
550 West C Street, Suite 530
San Diego, CA 92101
Telephone: (619) 232-0331
Facsimile:  (619) 232-4019
Email: ralph@kkbs-law.com

6   Dated: October 22, 2013

7
8
9
10
11

/s/ Mikael A. Abye
Mikael A. Abye (SBN 233458)
James Donato (SBN 146140)
SHEARMAN & STERLING LLP
Four Embarcadero Center
Suite 3800
San Francisco, CA  94111-5994
Telephone: (415) 616-1100
Facsimile:  (415) 616-1199
Email: mikael.abye@shearman.com

12

*Attorneys for Defendant Gogo Inc.*

13

**FILER'S ATTESTATION**

14
15

I attest under penalty of perjury that concurrence in the filing of this document has been obtained

from all signatories.

16

Dated: October 22, 2013

THE KATRIEL LAW FIRM

17
18

By:  /s/*Roy A. Katriel*_____
        ROY A. KATRIEL

19

Counsel for Plaintiffs

20
21   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22
23   Dated: ___October 24___, 2013

24                                                                         _____
                                                                          District Judge

25
26
27
28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on, I authorized the electronic filing of the Parties' Joint Status Report Regarding Mediation and Stipulation and [Proposed] Order to Lift Stay of Proceedings, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 22, 2013.

_____
/s/ Roy A. Katriel
ROY A. KATRIEL

# Mailing Information for a Case 3:12-cv-05164-EMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mikael A. Abye**
  mabye@shearman.com,ron.cheatham@shearman.com

- **James Donato**
  jdonato@shearman.com,rcheatham@shearman.com,wasbel@shearman.com

- **Ralph B. Kalfayan**
  rkalfayan@kkbs-law.com,ahargis@kkbs-law.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Azra Z. Mehdi**
  azram@themehdifirm.com,ghamilton@themehdifirm.com

- **Merjanian A. Vic**
  vmerjanian@kkbs-law.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)