ROY A. KATRIEL (265463)
THE KATRIEL LAW FIRM
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (858) 242-5642
Facsimile: (858) 430-3719
Email: rak@katriellaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STEWART, JOEL MILNE, AND JOSEPH STRAZZULLO, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs<br><br>vs.<br><br>GOGO INC.,<br><br>Defendant. | Case No.: 3:12-cv-5164-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND DEADLINES FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** (modified)<br><br>Judge: Hon. Edward M. Chen<br>Hearing Date: January 23, 2014<br>Hearing Time: 1:30 pm<br>Courtroom: 5 |

WHEREAS, on November 25, 2013, Defendant Gogo Inc. filed its Motion to Dismiss Plaintiffs' Second Amended Complaint [Dkt. No. 64], and noticed the hearing on its motion for January 23, 2014 at 1:30 pm;

WHEREAS, under the applicable Civil Local Rules, notwithstanding that there are nearly two months between Gogo's filing and the noticed hearing date, Plaintiffs' opposition to the motion would be due by December 9, 2013, and Gogo's reply would be due by December 16, 2013;

WHEREAS, Plaintiffs' lead counsel, Roy A. Katriel, and local counsel, Azra Mehdi, are scheduled to be out of town on depositions in other matters on the date of the filing and/or immediately thereafter, and are therefore unavailable to attend to the logistics of the filing of Plaintiffs' opposition brief, which must be done under seal given its citation to Confidential material covered by the Court's Protective Order;

WHEREAS, counsel for the parties have conferred and agreed, subject to Court approval, to a slight amendment of the otherwise briefing deadlines to accommodate Plaintiffs' counsels' conflicting scheduling obligations;

The parties to the above-entitled action, by and through their undersigned counsel, therefore hereby Stipulate and agree, subject to Court approval, that:

1. Plaintiffs' deadline to file their Opposition to Defendant Gogo, Inc.'s Motion To Dismiss Plaintiffs' Second Amended Complaint shall be extended by two (2) days, and shall be filed no later than December 11, 2013.

2. Defendant's Reply brief in support of their Motion To Dismiss Their Second Amended Complaint shall be filed no later than December 20, 2013.

3. The currently noticed hearing date on Defendant's Motion To Dismiss Plaintiffs' Second Amended Complaint shall remain on-calendar and unchanged, and the motion shall be heard on January 23, 2014 at 1:30 pm.

Dated: December 9, 2013

/s/ Roy A. Katriel

Roy A. Katriel (SBN 265463)
THE KATRIEL LAW FIRM
12707 High Bluff Drive, Suite 200
San Diego, California 92130
Telephone: (858) 350-4342
Facsimile: (858) 430-3719
e-mail: rak@katriellaw.com

*Counsel for Plaintiffs*

Dated: December 9, 2013

/s/ Mikael A. Abye (SBN 233458)

James Donato (SBN 146140)
Mikael A. Abye (SBN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
e-mail: jdonato@shearman.com
          mikael.abye@shearman.com

*Attorneys for Defendant Gogo Inc.*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Roy A. Katriel hereby attests that concurrence in the filing of this document has been obtained.*

Stipulation And [Proposed] Order
To Amend Briefing Deadlines On Dft's
Motion to Dismiss Second Amended Complaint

*Stewart et. al. v. Gogo Inc.*,
No. 3:12-cv-5164-EMC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Opposition due 12/11/13. Reply due 12/19/13.

Dated: __Dec. 9__, 2013



_____
United States District Judge