Patrick D. Robbins (SBN 152288)
Mikael A. Abye (SBN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email: probbins@shearman.com
       mabye@shearman.com

Attorneys for Defendant GOGO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES STEWART, JOEL MILNE, AND JOSEPH STRAZZULLO, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOGO Inc.,<br><br>Defendant. | Case No.: 3:12-cv-5164-EMC<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER TO FILE AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND WITHDRAW MOTION TO STRIKE**<br><br>Courtroom:   5<br>Judge:       Hon. Edward M. Chen<br>Hearing Date: March 28, 2013<br>Time:        1:30 pm |

    WHEREAS, on February 28, 2014 Defendant Gogo, Inc. ("Gogo") filed its Answer to the Second Amended Complaint [Dkt. No. 85] (the "Answer");

    WHEREAS, on March 28, 2014 Plaintiffs filed a Motion to Strike Defendant's Affirmative Defenses [Dkt. No. 88] (the "Motion");

    WHEREAS Plaintiffs and Gogo (collectively "the Parties") have met and conferred concerning the Plaintiffs' Motion and Gogo's Answer;

IT IS HEREBY STIPULATED AND AGREED among the Parties that:

1. Plaintiffs withdraw their Motion without prejudice; and
2. Gogo will amend its Answer with respect to its affirmative defenses on or before May 9, 2014.

Dated: April 11, 2014                        SHEARMAN & STERLING LLP

By: /s/ Mikael A. Abye
Mikael A. Abye

Attorneys for Defendant GOGO INC.

Dated: April 11, 2014                        THE KATRIEL LAW FIRM

THE MEHDI FIRM

KRAUSE KALFAYAN BENINK & SLAVENS LLP

By: /s/ Roy A. Katriel
Roy A. Katriel

Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/14 2014

APPROVED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION**

I, Mikael A. Abye, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED ANSWER TO SECOND AMENED COMPLAINT AND WITHDRAW MOTION TO STRIKE. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Roy A. Katriel has concurred in this filing.

Dated: April 11, 2014                        /s/ Mikael A. Abye
Mikael A. Abye