United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STEWART, et al., | No. C-12-5164 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES OF PLEADINGS** |
| v. | |
| GOGO Inc., | |
| Defendant. / | |

On May 13, 2014, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiffs to submit forthwith a chambers copy of the following pleadings:

1. Class Action Complaint, filed October 4, 2012;

2. First Amended Class Action Complaint, filed December 31, 2012; and

3. Second Amended Class Action Complaint, filed August 30, 2013.

**IT IS SO ORDERED.**

Dated: May 21, 2014

MAXINE M. CHESNEY
United States District Judge