Patrick D. Robbins (SBN 152288)
Mikael A. Abye (SBN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email: probbins@shearman.com
       mabye@shearman.com

Attorneys for Defendant GOGO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES STEWART, JOEL MILNE, AND JOSEPH STRAZZULLO, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOGO Inc.,<br><br>Defendant. | Case No.: 3:12-cv-5164-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED ANSWER TO SECOND AMENDED COMPLAINT**<br><br>Courtroom: 7<br>Judge:     Hon. Maxine M. Chesney |

WHEREAS, on February 28, 2014 Defendant Gogo, Inc. ("Gogo") filed its Answer to the Second Amended Complaint [Dkt. No. 85] (the "Answer");

WHEREAS, on March 28, 2014 Plaintiffs filed a Motion to Strike Defendant's Affirmative Defenses [Dkt. No. 88] (the "Motion");

WHEREAS, pursuant to two subsequent stipulations [Dkt. Nos. 90 and 97] the Court has ordered that Plaintiffs' Motion be withdrawn and Gogo shall amend the Answer on or before May 30, 2014;

WHEREAS Plaintiffs and Gogo (collectively "the Parties") have met and conferred concerning Gogo's Answer, and hereby STIPULATE AND AGREE that, with the Court's

approval, Gogo will amend its Answer with respect to its affirmative defenses on or before June 16, 2014.

Dated:  May 30, 2014                                    SHEARMAN & STERLING LLP

                                                        By:   /s/ Mikael A. Abye
                                                                 Mikael A. Abye

                                                        Attorneys for Defendant GOGO INC.


Dated: May 30, 2014                                     THE KATRIEL LAW FIRM

                                                        THE MEHDI FIRM, PC

                                                        KRAUSE KALFAYAN BENINK & SLAVENS LLP


                                                        By:   /s/ Roy A. Katriel
                                                                 Roy A. Katriel

                                                        Attorneys for Plaintiff


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____2014        _____
                                                        United States District Judge




**ATTESTATION**

I, Mikael A. Abye, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED ANSWER TO SECOND AMENDED COMPLAINT.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Roy A. Katriel has concurred in this filing.


Dated: May 30, 2014                                     /s/ Mikael A. Abye
                                                            Mikael A. Abye