Roy A. Katriel (SBN 265463)
THE KATRIEL LAW FIRM
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (858) 242-5642
Facsimile:  (858) 430-3719
Email: rak@katriellaw.com

Attorneys for Plaintiffs

Patrick D. Robbins (SBN 152288)
Mikael A. Abye (SBN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone: (415) 616-1100
Facsimile:  (415) 616-1199
Email: probbins@shearman.com
       mabye@shearman.com

Attorneys for Defendant GOGO INC.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES STEWART, JOEL MILNE, AND JOSEPH STRAZZULLO, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOGO Inc.,<br><br>Defendant. | Case No.: 3:12-cv-5164-MMC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs hereby dismiss this action with prejudice. This stipulation of dismissal with prejudice is signed by representatives of all parties.

Dated: June 12, 2013

THE KATRIEL LAW FIRM

THE MEHDI FIRM, P.C.

KRAUSE KALFAYAN BENINK & SLAVENS

By: _____/s/ Roy A. Katriel_____
      Roy A. Katriel

Roy A. Katriel (265463)
THE KATRIEL LAW FIRM
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (858) 242-5642
Facsimile:  (858) 430-3719
Email: rak@katriellaw.com

Azra Z. Mehdi (SBN 220406)
THE MEHDI FIRM, P.C.
One Market, Spear Tower
Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8039
Facsimile: (415) 293-8001
e-mail: azram@themehdifirm.com

Ralph B. Kalfayan (SBN 133464)
KRAUSE KALFAYAN BENINK & SLAVENS
550 West C Street, Suite 530
San Diego, California 92101
Telephone: (619) 232-0331
Facsimile: (619) 232-4019
e-mail: rkalfayan@kkbs-law.com

*Attorneys for Plaintiffs*

1  Dated: June 12, 2014                    SHEARMAN & STERLING LLP

3                                          By:  _____/s/ *Mikael A. Abye*_____
                                                    Mikael A. Abye

   Patrick D. Robbins (SBN 152288)
5  Mikael A. Abye (SBN 233458)
   SHEARMAN & STERLING LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA  94111-5994
7  Telephone: (415) 616-1100
   Facsimile:  (415) 616-1199
8  Email:  probbins@shearman.com
               mabye@shearman.com

   *Attorneys for Defendant Gogo Inc.*

23                               **ATTESTATION**

   I, Roy A. Katriel am the ECF User whose ID and password are being used to file this STIPULATED DISMISSAL WITH PREJUDICE.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mikael A. Abye has concurred in this filing.

26 Dated: June 12, 2014                         _____/s/ *Roy A. Katriel*_____
                                                    Roy A. Katriel

STIPULATED DISMISSAL WITH PREJUDICE           2              Case No. 3:12-cv-5164-MMC